NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


SHAWN M. MATZEN,  )
  )
    Appellant,  )
  )
v.  )  Case No. 2D18-3741
  )
RENE M. MATZEN,  )
  )
    Appellee.  )
                                  )

Opinion filed March 22, 2019.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Polk County;
Michael P. McDaniel, Judge.

Mark A. Skipper of Law Office of Mark A.
Skipper, P.A., Orlando, for Appellant.

Sara M. McKinley of McKinley Law Firm,
P.A., Bartow, for Appellee.


PER CURIAM.


      Affirmed.


SILBERMAN, KELLY, and VILLANTI, JJ., Concur.